UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT

_____/

**NOTICE OF PARTIES' POSITION
ON MOTION TO UNSEAL LIMITED WARRANT MATERIALS**

In accordance with the Court's order directing the government to confer with counsel for former President Trump (Docket Entry 19) and consistent with Local Rule 88.9(a), the United States files this notice. Counsel for former President Trump—M. Evan Corcoran, Esq., and James Trusty, Esq.—have informed the government that the former President does not object to the government's Motion to Unseal Limited Warrant Materials (Docket Entry 18), which asked this Court to unseal the documents in Docket Entry 17. Accordingly, the United States requests that the Court grant its Motion (Docket Entry 18) and unseal Docket Entry 17.

Date: August 12, 2022						Respectfully submitted,

/s *Juan Antonio Gonzalez*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY
Florida Bar No. 897388
99 NE 4th Street, 8th Floor
Miami, Fl 33132
Tel: 305-961-9001
Email: juan.antonio.gonzalez@usdoj.gov

/s *Jay I. Bratt*
JAY I. BRATT
CHIEF
Counterintelligence and Export Control Section
National Security Division
Illinois Bar No. 6187361
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Tel: 202.233.0986
Email: jay.bratt2@usdoj.gov

### Certificate of Service

**I HEREBY CERTIFY** that I caused the attached document to be electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

/s *Juan Antonio Gonzalez*
Juan Antonio Gonzalez
United States Attorney