UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-8332-BER

IN RE SEALED SEARCH WARRANT

_____/

## ORDER TO UNSEAL

The United States moves to unseal the Search and Seizure Warrant (including Attachments A and B) and redacted versions of the inventory of seized items. *See* ECF Nos. 17 (redacted documents) and 18 (motion). The Court having reviewed the motion and being otherwise fully advised, it is ORDERED that the motion is GRANTED. The Clerk of Court shall unseal Docket Entry 17 forthwith.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 12th day of August 2022.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE