UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8332-BER

IN RE SEALED SEARCH WARRANT

_____/

**UNITED STATES' NOTICE REGARDING APPEAL**

In accordance with the Court's Sealed Order of July 10, 2023, ECF No. 159, the United States of America hereby provides notice that it does not intend to appeal the unsealing of docket entry 147.

Date: July 14, 2023

                                                        Respectfully submitted,

                                                        BRIAN M. BOYNTON
                                                        Principal Deputy Assistant Attorney General
                                                        Civil Division

                                                        ELIZABETH J. SHAPIRO
                                                        Deputy Director
                                                        Civil Division, Federal Programs Branch

                                                        */s/ Leslie Cooper Vigen*
                                                        LESLIE COOPER VIGEN
                                                        Senior Trial Counsel (D.C. Bar No. 1019782)
                                                        United States Department of Justice
                                                        Civil Division, Federal Programs Branch
                                                        1100 L Street, NW
                                                        Washington, DC 20005
                                                        Tel.: (202) 305-0727
                                                        Email: Leslie.Vigen@usdoj.gov

                                                        *Counsel for United States*