UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-MJ-8332-BER**

IN RE SEALED SEARCH WARRANT

_____/

**UNITED STATES' NOTICE OF FILING**

In accordance with the Court's Order of August 14, 2023, ECF No. 174, the United States hereby informs the Court that it has filed a less-redacted version of the search warrant affidavit at issue here on the public docket in the matter of *United States v. Trump et al.*, No. 23-cr-80101 (S.D. Fla.). The filing including the less-redacted affidavit is attached to this Notice.

The government filed this less-redacted version of the affidavit in accordance with an order issued in the *Trump* criminal matter requiring the parties to file briefs and related materials previously filed under seal "in unredacted form," except to redact "potential government witness names . . . , ancillary names, and PII from the subject materials." Paperless Order, ECF No. 474, *United States v. Trump* (S.D. Fla. Apr. 22, 2024). The parties were also permitted to "make limited redactions" to "any grand jury material clearly falling under Fed. R. Crim. P. 6(e)" that was "quoted or specifically referenced." *See id.* The attached version of the affidavit accordingly removes any redactions that fall outside of these categories.[1]

---

[1] The Court in *United States v. Trump* also specifically authorized the approach the government took to redactions in the search warrant affidavit at issue here. *See* Order on Sealing Requests Associated with Defendants' Motions to Compel Discovery at 22 n.20, ECF No. 438, *United States v. Trump* (S.D. Fla. Apr. 9, 2024).

The United States remains cognizant that it "is expected to notify the Court if the need for redaction ceases to exist because of public disclosures," Order, ECF No. 174, and will continue to keep the Court apprised of any such updates moving forward.

Date: May 1, 2024

                Respectfully submitted,

                BRIAN M. BOYNTON
                Principal Deputy Assistant Attorney General
                Civil Division

                ELIZABETH J. SHAPIRO
                Deputy Director
                Civil Division, Federal Programs Branch

                */s/ Leslie Cooper Vigen*
                LESLIE COOPER VIGEN
                Senior Trial Counsel (D.C. Bar No. 1019782)
                United States Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street, NW
                Washington, DC 20005
                Tel.: (202) 305-0727
                Email: Leslie.Vigen@usdoj.gov

                *Counsel for United States*